UNITED STATES DISTRICT COURT

~~SUPREME COURT OF THE UNITED STATES~~
WESTERN DISTRICT OF VIRGINIA

5:19CV24

WILLIAM LEE GRANT II - PETITIONER

VS.

GREGORY K. HARRIS, AUSA + U.S. DEPARTMENT OF DEFENSE - RESPONDENT
~~JOINT CHIEFS OF STAFF~~

~~JUDGMENT TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT~~

~~PETITION FOR A WRIT OF CERTIORARI BEFORE~~

CIVIL RIGHTS AND RETALIATION COMPLAINT

28 USC 1346(b)(1)
28 US 1391(b)(3)
U.S. CONST. AMEND IV
U.S. CONST. AMEND V
U.S. CONST. AMEND XIII
U.S. CONST. AMEND XIV

WILLIAM LEE GRANT II
901 WYTHE ROAD
SPRINGFIELD, IL 62702
(217) 726-5269

# QUESTIONS PRESENTED

1) WHAT ARE THE RAMIFICATIONS OF THE UNITED STATES DEPARTMENT OF DEFENSE RUNNING A DOMESTIC BLACK OPERATION TO INVESTIGATE CORRUPTION IN THE FEDERAL GOVERNMENT?

2) WHERE SHALL HENRY KISSINGER STAND TRIAL FOR WAR CRIMES?

3) WHERE SHALL GEORGE W. BUSH, RICHARD "DICK" CHENEY, AND DONALD RUMSFELD STAND TRIAL FOR TREASON AGAINST THE U.S. OF AMERICA, AND WAR CRIMES?

4) WHERE SHALL RAHM EMANUEL AND BRUCE RAUNER STAND TRIAL FOR TREASON AGAINST THE U.S. OF AMERICA?

5) WHERE SHALL HILLARY RODHAM CLINTON STAND TRIAL FOR THE MURDER OF VINCE FOSTER?

6) WHERE SHALL RICHARD M. DALEY STAND TRIAL FOR THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON, AND PUBLIC CORRUPTION?

7) WHERE SHALL AUSA GREGORY K. HARRIS, FORMER ILCD U.S. ATTORNEY RODGER A. HEATON, AND NIVEESHA HILL STAND TRIAL FOR CONSPIRING AGAINST MR. GRANT?

8) WHERE SHALL FORMER COOK COUNTY (ILLINOIS) STATE'S ATTORNEY ANITA ALVAREZ STAND TRIAL FOR ENTERING A CONSPIRACY TO ALLOW CHICAGO COPS TO SHOOT BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION?

9) WHERE SHALL FORMER NEW JERSEY GOVERNOR CHRIS CHRISTIE STAND TRIAL FOR PUBLIC CORRUPTION?

10) WHERE SHALL LOUIS FARRAKHAN STAND TRIAL FOR THE MURDER OF MALCOLM X?

11) WHERE SHALL MARION "SUGE" KNIGHT STAND TRIAL FOR THE MURDER OF CHRISTOPHER "BIGGIE SMALLS" WALLACE?

## STATEMENT OF THE CASE

(1) THE JOINT CHIEFS OF STAFF (JCOS) CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990 TO BE "THE JUDGE" AS TO WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES.

(2) THE JCOS DROPPED OFF MR. GRANT IN SPRINGFIELD, IL IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN, ENDURE PSYCHOLOGICAL WARFARE, AND BE THE UNITED STATES DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

(3) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL MR. GRANT BY "BRIBING" MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT. GREGORY K. HARRIS CONDUCTED HIS SURVEILLANCE THROUGH THE ILCD U.S. ATTORNEY'S OFFICE. FURTHERMORE, THE JCOS "HACKED" MR. GRANT'S CELLULAR PHONE, COMPUTER, AND KEPT HIM UNDER SATELLITE SURVEILLANCE.

(4) MR. GRANT WAS FORCED TO STAB DR. GRANT WHEN MR. GRANT TURNED SEVENTEEN, OR THE JCOS WOULD HAVE SENT SOMEONE TO KILL DR. GRANT. AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS. MR. GRANT WAS FORCED TO BEGIN "ACTING GAY" IN COLLEGE, OR THE JCOS WOULD SEND SOMEONE TO RAPE MR. GRANT.

(5) D.K. HIRNER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE. D.K. HIRNER (CHIEF OF STAFF TO ILLINOIS LT. GOVERNOR SHEILA SIMON) HIRED MR. GRANT IN 2011 AS A POLICY ANALYST IN THE OFFICE OF THE ILLINOIS LT. GOVERNOR.

(6) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990'S TO HIRE MR. GRANT IN THE FUTURE. ANN L. SCHNEIDER (SECRETARY OF THE ILLINOIS DEPARTMENT OF TRANSPORTATION) HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT WITH THE ILLINOIS DEPARTMENT OF TRANSPORTATION.

(7) MR. GRANT WAS RETALIATED AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012. THE RETALIATION CULMINATED IN THE ILLINOIS GOVERNOR'S OFFICE FAILING TO ADD MR. GRANT TO PAYROLL IN 2014, MR. GRANT'S DENIAL OF FEDERAL UNEMPLOYMENT BENEFITS, AND MR. GRANT BEING BLACKLISTED.

(8) THE ACTIONS OF THE STATE OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

(9) THE ILLINOIS ATTORNEY GENERAL AND U.S. DEPARTMENT OF JUSTICE DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

(10) THE U.S. DEPARTMENT OF JUSTICE (DOJ) WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO FEDERAL COURT.

(11) THE DOJ DEFAULTED IN 19-CV-3001 AND 19-CV-3020, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

(12) THE ILND, ILCD, ILSD, CDCA, MARYLAND, NEBRASKA, NDGA, EDNY, WDTX, EDTX, NDTX, C.F.C., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

(2)

13) THE U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT, U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT, U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT, U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT, U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT, U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, AND U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT HAVE NOT FOUND MR. [redacted] GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

14) AT THE END OF 2009, MR. GRANT WAS FORCED TO BEGIN "ACTING GAY" UNDER [v THREAT] THE JCOS WOULD SEND SOMEONE TO RAPE HIM.

MR. GRANT SPENT SEVEN (7) YEARS AS A HOMOSEXUAL.

15) THE JCOS AND AUSA GREGORY K. HARRIS ENGINEERED A TRAFFIC STOP TO STRIP MR. GRANT OF HIS DRIVER'S LICENSE.

16) IN 2009, MR. GRANT WAS STOPPED FOR AN IMPROPER LANE CHANGE. IL STATE POLICE TROOPER TYLER PRICE WROTE MR. GRANT MULTIPLE DRIVING UNDER THE INFLUENCE (DUI) TICKETS FROM ONE TRAFFIC STOP.

17) IL STATE POLICE TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT, AND FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD.

18) THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE (ILLINOIS) FILED MULTIPLE DUI CASES AGAINST MR. GRANT STEMMING FROM ONE TRAFFIC STOP.

19) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

20) MR. GRANT'S LAWYERS COULD NOT BRING THEMSELVES TO FILE A MOTION TO DISMISS.

(3)

21) AUSA GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO CONSPIRE AGAINST MR. GRANT.

22) ILCD U.S. ATTORNEY RODGER A. HEATON CONDUCTED ILLEGAL SURVEILLANCE OF MR. GRANT BY CONDUCTING ILLEGAL INTERVIEWS OF MR. GRANT'S FAMILY, PEERS, CO-WORKERS, TEACHERS, AND SUPERVISORS.

23) AUSA GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT BY REPORTING MR. GRANT'S WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

24) WHILE MR. GRANT WAS EMPLOYED BY THE STATE OF ILLINOIS, MR. GRANT'S CO-WORKERS AND SUPERVISORS REPORTED THE WORDS AND ACTIONS OF MR. GRANT TO AUSA GREGORY K. HARRIS.

25) MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

26) DISTRICT COURT HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1) AND 28 USC 1391(b)(3).

27) MR. GRANT HAS BEEN UNABLE TO PROCEED IN THE ILLINOIS CENTRAL DISTRICT, DISTRICT OF COLUMBIA, AND THE EASTERN DISTRICT OF VIRGINIA.

28) THE ILCD HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

29) MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327) AND PAULA XINIS (15-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

(4)

30) EASTERN DISTRICT OF VIRGINIA JUDGES: LIAM O'GRADY (18-CV-1328); ROBERT E. PAYNE (18-CV-369); LEONIE M. BRINKEMA (18-CV-449); AND ANTHONY J. TRENGA (18-CV-543) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

31) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434-UNA); JAMES E. BOASBERG (18-CV-1162-UNA); CHRISTOPHER R. COOPER (18-CV-1804-UNA); AND RUDOLPH CONTRERAS (18-CV-1805-UNA + 18-CV-1806-UNA) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).

32) DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A "STAND DOWN" ORDER WITH THE CONSENT OF BUSH AND CHENEY.

33) DICK CHENEY HAD A CONFLICT OF INTEREST IN LOBBYING FOR THE INVASION OF IRAQ.

34) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE UNITED STATES INVADING IRAQ.

35) HILLARY RODHAM CLINTON KILLED WHITE HOUSE COUNSEL VINCE FOSTER.

36) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY.

37) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

38) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

39) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON.

5

40) JAMES R. THOMPSON ▉▉▉ FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO BECOME GOVERNOR OF ILLINOIS AS A REPUBLICAN.

41) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

42) THE CIA KILLED JFK.

43) HENRY KISSINGER IS A WAR CRIMINAL.

44) PHILIP MOUNTBATTEN "ORDERED" THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5 OR MI3.

45) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

46) BILL CLINTON IS A SERIAL RAPIST.

47) LOUIS FARRAKHAN KILLED MALCOLM X.

48) MARION HUGH "SUGE" KNIGHT KILLED "BIGGIE SMALLS (CHRISTOPHER WALLACE)" AND BRIBED THE LAPD TO CONCEAL SUGE'S ROLE.

49) ALAN D. BRENTS AND LARISSA M. YOUNG SEXUALLY ASSAULTED MR. GRANT IN 2003 AT THE DIRECTION OF AUSA GREGORY K. HARRIS.

50) JUSTIN CAJINDOS AND THOMAS W. COATS SEXUALLY ASSAULTED MR. GRANT IN 2014 AT THE DIRECTION OF AUSA GREGORY K. HARRIS.

51) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM WORKED FOR THE CLINTON WHITE HOUSE.

52) BRUCE RAUNER ASSISTED RAHM EMANUEL ▉▉ IN MAKING $14 MILLION IN THREE YEARS, UPON LEAVING THE CLINTON WHITE HOUSE. RAUNER WENT ON TO MAKE ▉ HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPT OF DEFENSE CONTRACTS.

53) ▉▉▉▉▉▉ MR. GRANT SEEKS $99 TRILLION IN COMPENSATORY DAMAGES.

54) SEAN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

6